JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

April 22, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> GAUDENTI & SONS CORPORATION, a California corporation, <br><br> Defendant. | Case No. 2:15-cv-08552-SJO-JC <br><br> ASSIGNED TO THE HONORABLE S. JAMES OTERO <br><br> **JUDGMENT** |

This action having been commenced on November 3, 2015, and the Court having approved the stipulation for entry of judgment in favor of plaintiffs, Trustees of the Operating Engineers Pension Trust, et al., and against defendant, Gaudenti & Sons Corporation, a California corporation, and for good cause shown,

/ / /

/ / /

1 **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

2 Plaintiffs TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST shall recover from defendant GAUDENTI & SONS CORPORATION, a California corporation, the principal amount of $160,867.25, plus pre-judgment and post-judgment interest thereon at the rate of eight percent (8%) per annum accruing from April 1, 2016, until the judgment is paid in full.

Dated: April 22, 2016    _____
                          UNITED STATES DISTRICT JUDGE